**Order entered October 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00544-CV

**HAL CREWS, ET AL., Appellants**

**V.**

**DKASI CORPORATION, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15393**

## ORDER

We **GRANT** appellants' October 5, 2014 unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief by **OCTOBER 10, 2014**.

/s/     ELIZABETH LANG-MIERS
            JUSTICE